M. D. Nobles, Respondent, *vs.* P. H.Spaulding, Admr., of the estate of Z. M. Spaulding, deceased, Appellant.

1. *Practice—Supreme Court—No final judgment, etc.*—An appeal brought to the Supreme Court without any final judgment will be dismissed.

### Appeal from Nodaway Circuit Court.

*H. M. Jackson*, for Appellant.

*Johnston, Dawson & Edwards*, for Respondent.

Sherwood, Judge, delivered the opinion of the court.

Motion in Nodaway Probate Court to set aside allowance against decedent's estate. Motion overruled. Appeal to Circuit Court. Motion there renewed, and again overruled and appeal here. No final judgment. Appeal dismissed.

The other judges concur.